# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX LAIR, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., and DOES 1 through 5, inclusive,<br><br>Defendant. | Case No. 5:23-cv-1345-WLH-SHK<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [40]** |

On or about April 8, 2024, the parties filed a joint stipulation for dismissal of the entire above-referenced action with prejudice.

The Court, having considered the Motion and finding good cause therefore, hereby GRANTS the parties' joint stipulation and ORDERS as follows:

1. The entire action is hereby dismissed in its entirety with prejudice;
2. The parties will each bear their respective costs and attorneys' fees as incurred in connection with this action.

It is so ordered this 16th day of April, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

Order Granting Joint Stipulation For Dismissal With Prejudice
Case No. 5:23-cv-1345-WLH-SHK